Opinion filed May 19, 2011

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00103-CR

                                                    __________

 

                         ROBBYE
MARCELA MURRAY, Appellant 

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 119th District Court

                                                        Tom
Green County, Texas

                                                Trial
Court Cause No. B-05-0852-S

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Robbye
Marcela Murray has filed in this court a motion to dismiss her appeal. 
Pursuant to Tex. R. App. P. 42.2, the
motion is signed by both appellant and her counsel.

The
motion is granted, and the appeal is dismissed.

 

May 19, 2011                                                                          PER
CURIAM                                   

Do not publish. 
See Tex. R. App. P.
47.2(b). 

Panel[1]
consists of:  Wright, C.J.,

McCall, J., and Hill, J.[2]









[1]Rick Strange, Justice, resigned effective April 17,
2011.  The justice position is vacant pending appointment of a successor by the
governor.





 

[2]John G. Hill, Former Justice, Court of Appeals, 2nd
District of Texas at Fort Worth, sitting by assignment.